```
          UNITED STATES DISTRICT COURT
             DISTRICT OF MINNESOTA
           CIVIL NO. 21-1615(DSD/KMM)
```

Anitra D. Jenkins,

        Plaintiff,

v.

                                        **ORDER**

Warden Star and Director Carvajal,

        Defendant.

This matter is before the court upon the report and recommendation of United States Magistrate Judge Kate Menendez, dated August 16, 2021 (R&R). No objections have been filed to the R&R in the time period permitted. Based on the R&R, and the files, records, and proceedings herein, **IT IS HEREBY ORDERED that** this action is dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 28, 2021

                                                  s/David S. Doty  
                                                  David S. Doty, Judge  
                                                  United States District Court